UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Valarie Shirese Campbell,<br><br>Plaintiff,<br><br>v.<br><br>Citibank, N.A., a National Association; Bank of America, N.A., a National Association; Discover Bank, a Foreign Corporation; Equifax Information Services, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.   2:22-cv-00111-RFB-NJK<br><br>**Order to Extend Time for Discover Bank to Respond to Plaintiff's Complaint**<br>**(First Request)** |

Defendant Discover Bank ("Discover") and plaintiff Valarie Shirese Campbell stipulate as follows:

1. The operative deadline for Discover to respond to Campbell's Complaint is March 22, 2022. ECF No. 9.

2. Discover has requested, and Campbell has agreed to, an extension of this deadline up to and including April 15, 2022, to provide additional time for Discover to investigate the allegation in plaintiff's complaint and, simultaneously, for the parties to discuss possible resolution of plaintiff's claims.

3. The parties agree that there is good cause for this extension.

4. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: March 7, 2022.

| BALLARD SPAHR LLP | COGBURN LAW OFFICES |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>(702) 471-7000<br>(702) 471-7070 (fax)<br>tasca@ballardspahr.com<br>chavezd@ballardspahr.com<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Erik-Anthony W. Fox<br>Erik-Anthony W. Fox<br>Nevada Bar No. 8804<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>2580 St. Rose Parkway, Suite 330<br>(702) 748-7777<br>(702) 966-3880 (fax)<br>jsc@cogburncares.com<br>ewf@cogburncares.com<br><br>*Attorneys for Plaintiff Valarie Shirese Campbell* |

## Order

On the basis of good cause, IT IS ORDERED that the deadline for Defendant Discover Bank to respond to Plaintiff Valarie Shirese Campbell's Complaint is extended up to and including April 15, 2022.

_____
United States Magistrate Judge

Dated: March 8, 2022

2