1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE SHIRESE CAMPBELL, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a National Association; BANK OF AMERICA, N.A., a National Association; DISCOVER BANK, a Foreign Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited Liability Company,<br><br>     Defendants. | Case Number:<br>2:22-cv-00111-RFB-NJK<br>**ORDER GRANTING**<br>STIPULATION FOR EXTENSION |

Plaintiff Valarie Shirese Campbell ("Plaintiff") and Defendant Citibank, N.A. ("Citibank")[1] stipulate and agree that Citibank has up to and including April 5, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Citibank additional time to investigate Plaintiff's allegations and for Citibank to prepare a response. The current deadline to file a response is March 22, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely. This is the first stipulation for an extension of time for Citibank to file a response to Plaintiff's Complaint, and it is made in good faith and not for purposes of delay.

---

[1] By filing this Stipulation, Citibank is not waiving any affirmative defenses it may have in this matter, including, but not limited to, lack of personal jurisdiction.

Dated: March 22, 2022.

| BALLARD SPAHR LLP | COGBURN LAW |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: (702) 471-7000 | By: /s/ *Erik W. Fox*<br>Erik W. Fox, Esq.<br>Nevada Bar No.<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>Tel: (702) 748-7777 |
| *Attorneys for Defendant*<br>*Citibank, N.A.* | *Attorneys for Plaintiff,*<br>*Valarie Shirese Campbell* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2022

2