COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE SHIRESE CAMPBELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a National Association; BANK OF AMERICA, N.A., a National Association; DISCOVER BANK, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:22-cv-00111-CDS-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A. ONLY** |

Plaintiff, Valarie Shirese Campbell ("Plaintiff") and Defendant, Bank of America, N.A., by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

. . .

dismissed with prejudice as to Defendant Bank of America, N.A. only, pursuant to FRCP 41(a)(2).

Each party shall bear its own attorney fees and costs incurred herein.

Dated this 28th day of March, 2022.    Dated this 28th day of March, 2022.

COGBURN LAW    WRIGHT, FINLAY & ZAK, LLP

By: */s/Erik W. Fox*    By: */s/Ramir M. Hernandez*
Jamie S. Cogburn, Esq.    Darren T. Brenner, Esq.
Nevada Bar No. 8409    Nevada Bar No. 8386
Erik W. Fox, Esq.    Ramir M. Hernandez, Esq.
Nevada Bar No. 8804    Nevada Bar No. 13146
2580 St. Rose Parkway, Suite 330    7785 W. Sahara Avenue, Suite 200
Henderson, Nevada 89074    Las Vegas, Nevada 89117
*Attorneys for Plaintiff*    *Attorneys for Defendant, Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

_____
May 19, 2022
DATE