COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALARIE SHIRESE CAMPBELL, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a National Association; BANK OF AMERICA, N.A., a National Association; DISCOVER BANK, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>      Defendants. | Case Number:<br>2:22-cv-00111-CDS-NJK<br><br>**<u>JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT DISCOVER BANK, ONLY</u>** |

  Plaintiff, Valarie Shirese Campbell ("Plaintiff") and Defendant, Discover Bank, by and through their respective attorneys of record, request that the above-captioned matter be dismissed

with prejudice as to Defendant Discover Bank only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 29th day of April, 2022.

COGBURN LAW

By: /s/Erik W. Fox
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 29th day of April, 2022.

BALLARD SPAHR LLP

By: /s/David E. Chavez
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    David E. Chavez, Esq.
    Nevada Bar No. 15192
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135
    *Attorneys for Discover Bank*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 19, 2022
DATE