COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE SHIRESE CAMPBELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a National Association; BANK OF AMERICA, N.A., a National Association; DISCOVER BANK, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:22-cv-00111-CDS-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC, ONLY** |

Plaintiff, Valarie Shirese Campbell ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned

matter be dismissed with prejudice as to Defendant Equifax Information Services LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

| Dated this 16th day of May, 2022. | Dated this 16th day of May, 2022. |
|---|---|
| COGBURN LAW | CLARK HILL PLLC |
| By: /s/Erik W. Fox | By: /s/Gia N. Marina |
| Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff* | Gia N. Marina, Esq.<br>Nevada Bar No. 15276<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Equifax Information Services LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 19, 2022
DATE